# IN THE SUPREME COURT OF THE STATE OF NEVADA

ENERGY ALLIANCE TECHNOLOGY
COMPANY, A UTAH CORPORATION,
Appellant,
vs.
ENVIRONMENTAL APPLIED
TECHNOLOGY CORPORATION, F/K/A
ENERGY ALLIANCE TECHNOLOGY
COMPANY, F/K/A ENERGY ALLIANCE
TECHNOLOGY COMPANY, A NEVADA
CORPORATION,
Respondent.

No. 83851

**FILED**

FEB 2 3 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Mark R. Denton, District Judge
Stephen E. Haberfeld, Settlement Judge
Maningo Law
Snell & Wilmer, LLP/Las Vegas
Snell & Wilmer LLP/Costa Mesa
Eighth District Court Clerk

22-05949